**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tyler Bennett | Social Security number or ITIN   xxx–xx–4446 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–28615–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tyler Bennett

12/21/18

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28615-CMG
Tyler Bennett                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 21, 2018
                              Form ID: 318             Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db             +Tyler Bennett,    56 Thousand Oaks Dr.,   Atlantic Highlands, NJ 07716-2441
aty            +Julia S Dasaro-Drescher,    The Dasaro Law Firm, P.C.,   9 Leonardville Rd.,
                 Middletown, NJ 07748-2361
nc             +Julia S. Dasaro-Drescher,   9 Leonardville Road,    Middletown, NJ 07748-2361
517761821       CitiCards CBNA,   PO Box 62414,    Sioux Falls, SD 57117
517761822      +Courtney Menna,   56 Thousand Oaks Dr.,   Highlands, NJ 07716-2441
517761823      +DSBN/Macys,   PO Box 8218,   Mason, OH 45040-8218
517761828      +NCD-0450,   PO Box 1470,   Minneapolis, MN 55440-1470
517761829      +Thousand Oaks Village, LLC,    PO Box 837,   Chatham, NJ 07928-0837
517761831       United Teletech Financial,   2005 Hance Ave.,    Tinton Falls, NJ  07724-2764
517761834      +WF/Bobs Discount Furniture,    PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517761819       EDI: BANKAMER.COM Dec 22 2018 05:23:00     Bank of America,   PO Box 982238,
                 El Paso, TX  79998
517761820       EDI: CITICORP.COM Dec 22 2018 05:23:00     CBNA/Home Depot,   PO Box 6497,
                 Sioux Falls, SD  57117-6497
517761824      +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 22 2018 01:09:03     Harley Davidson Credit,
                 3850 Arrowhead Dr.,   Carson City, NM 89706-2016
517761825      +EDI: MERRICKBANK.COM Dec 22 2018 05:23:00     MABT/Ollo Card Services,   PO Box 9222,
                 Old Bethpage, NY 11804-9222
517761826       EDI: RMSC.COM Dec 22 2018 05:23:00     SYNCB/Care Credit,   PO Box 965036,
                 Orlando, FL  32896-0061
517766219      +EDI: RMSC.COM Dec 22 2018 05:23:00     Synchrony Bank,  c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517761830       EDI: TFSR.COM Dec 22 2018 05:23:00     Toyota Motor Credit Corp.,   5005 N. River Blvd., NE,
                 Cedar Rapids, IA  52411-6634
517761832       EDI: USBANKARS.COM Dec 22 2018 05:23:00     US Bank,   Cardmember Service,   PO Box 108,
                 St. Louis, MO  63166
517761833       EDI: USBANKARS.COM Dec 22 2018 05:23:00     US Bank,   PO Box 790408,
                 St. Louis,MO  63179-0408
                                                                                             TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517761827       TD Bank/Target Credit
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```